**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **E-M-**, an adult, | Case No. 3:25-cv-1083-SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| **LAURA HERMOSILLO**,[1] Acting Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; **TODD LYONS**, Acting Director of Immigration Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; **MARKWAYNE MULLIN**,[2] Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **PAMELA BONDI**, Attorney General of the United States, | |
| Respondents.. | |

---

[1] The Court substitutes Laura Hermosillo in place of Drew Bostock under Rule 25(d) of the Federal Rules of Civil Procedure.

[2] The Court substitutes Markwayne Mullin in place of Kristi Noem under Rule 25(d) of the Federal Rules of Civil Procedure.

PAGE 1 – JUDGMENT

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is GRANTED and this case is DISMISSED. The Court retains jurisdiction to enforce its Orders.

DATED this 31st day of March, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT